| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Gordon, Leo M | 2. Court or Organization U.S. Court of Int'l Trade | 3. Date of Report 11/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge - Nominee | 5. ReportType (check appropriate type) ● Nomination. Date 11/10/2005 ○ Initial ○ Annual ○ Final | 6. Reporting Period 1/1/2004 to 10/31/2005 |
| 7. Chambers or Office Address U.S. Court of Int'l Trade One Federal Plaza - Room 597 New York, NY 10278 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Omega 553 Partners - Maplewood, NJ |
| 2. | Partner | Gordon Family Partnership - Maplewood, NJ |
| 3. | Governor & President | Newark Academy Alumni Ass'n Board of Governors - Livingston, NJ |
| 4. | Trustee | Newark Academy Board of Trustees - Livingston, NJ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gordon, Leo M | 11/14/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | So. Orange-Maplewood, NJ Board of Education - Teaching - Salary |
| 2. | 2005 | So. Orange-Maplewood NJ Board of Education - Teaching - Salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |
| 2. | | |
| 3. | | |
| 4. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MBNA | Credit Card | J |
| 2. Chase Bank) | Credit Card | J |
| 3. ACS (Affiated Computer Services Corp.) | Student Loans | J |
| 4. Sallie Mae Servicing | Student Loans | K |
| 5. Citibank | Student Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Leo M | 11/14/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Verizon Communications - Common Stock | A | Dividend | J | T | Exempt | | | | |
| 2. Centennial Money Market Trust | A | Interest | J | T | | | | | |
| 3. Franklin Templeton - Temp A - World Fund - Mutual Fund | A | Dividend | K | T | | | | | |
| 4. VanKampen Amer. Capital High Yield Munic. Fund - Mutual Fund | B | Interest | K | T | | | | | |
| 5. Disney - Common Stock | A | Dividend | J | T | | | | | |
| 6. Valley Nat'l Savings Bank - Savings Account | A | Interest | J | T | | | | | |
| 7. Bank of America - Savings Account | A | Interest | J | T | | | | | |
| 8. Bank of America  - Savings Account | A | Interest | J | T | | | | | |
| 9. ING Security Life - Whole Life Insurance Policy | A | Interest | J | T | | | | | |
| 10. Bell South - Common Stock | A | Dividend | J | T | | | | | |
| 11. Bell South - Common Stock | A | Dividend | J | T | | | | | |
| 12. Wachovia Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 13. Wachovia Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 14. PNC - Common Stock | A | Dividend | J | T | | | | | |
| 15. PNC- Common Stock | A | Dividend | J | T | | | | | |
| 16. Franklin Templeton - Discovery Fund - Class Z - Mutual Fund | A | Dividend | J | T | | | | | |
| 17. Franklin Templeton - Discovery Fund - Class Z - Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gordon, Leo M | 11/14/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Block 7 - Office address is the address of the Office of the Clerk

III.2.A - No non-investment income to report other than federal salary received for position as Clerk of the Court at the U.S. Court of International Trade

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gordon, Leo M | 11/14/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Leo M. Gordon_       Date _11-14-2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

> ### FILING INSTRUCTIONS
>
> Mail signed original and 3 additional copies to:
>
> Committee on Financial Disclosure
> Administrative Office of the United States Courts
> Suite 2-301
> One Columbus Circle, N.E.
> Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 29 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | 1 | 500 | Notes payable to banks-unsecured | | 67 | 500 |
| Listed securities-add schedule | 80 | 430 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | 35 | 380 |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule | | 348 | 000 |
| Real estate owned-add schedule | 725 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 40 | 000 | | | | |
| Cash value-life insurance | 25 | 000 | | | | |
| Other assets itemize: | | | | | | |
| TSP Contributions | 65 | 000 | | | | |
| New Jersey State Pension Plan | 12 | 000 | | | | |
| | | | Total liabilities | | 450 | 880 |
| | | | Net Worth | | 527 | 050 |
| Total Assets | 977 | 930 | Total liabilities and net worth | | 977 | 930 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |